UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cr-169-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES A. SMITH,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Arrest Warrant against Defendant in the above-captioned case. (Doc. No. 3). The motion is **GRANTED**.

Signed: April 14, 2022

Max O. Cogburn Jr
United States District Judge

-1-